961 F.2d 1566
 Adams (Mark), Babcock (Richard), Hart (James), Lightner
(Joseph, Jr.), Long (Russell), McCann (James), Manko
(Kenneth), Miller (Paul), Smith (Mary), Stoyer (Ronald),
Sweeney (Michael, Jr.), Zane (Gary), Allison (L. Edward),
Anthony (Kenneth), Bindas (John), Bubeck (William), Butala
(Michael), Coulter (Paul), Cousins (Donna), Cresswell
(Harry, Jr.), Cullen (Cindy), D'Urso (Frank, Sr.), Edwards
(Robert), Evans (Albert), Ferguson (James), Fisher (Robin),
Frantz (Kenneth,
 NO. 91-3691
 United States Court of Appeals,
Third Circuit.
 Apr 16, 1992
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 
 1
 AFFIRMED.